## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**TORIAN VAUGHN**                                                                    **PETITIONER**

**v.**                                                     **CIVIL ACTION NO. 3:09CV-156-H**

**KELLY BOYLE** *et al.*                                                 **RESPONDENTS**

### MEMORANDUM OPINION

Upon filing the instant action, Petitioner Torian Vaughn assumed the responsibility to keep this Court advised of his current address and to litigate his claims actively. *See* LR 5.2(d) ("All pro se litigants must provide written notice of a change of address to the Clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions.").

On March 13, 2009, the copy of the Clerk of Court's Notice of Deficiency sent to Petitioner at his address of record was returned to the Court by the United States Postal Service marked "Return to Sender, Attempted-Not Known, Unable to Forward" (DN 4).

Apparently, Petitioner no longer lives at his address of record, and he has not advised the Court of any change in his address. Because neither notices from this Court nor filings by Respondents can be served on Petitioner, the Court concludes that Petitioner has abandoned any interest in prosecuting this case.

The Court will, therefore, dismiss the action by separate Order.

Date:

cc:       Petitioner, *pro se*
4412.005